# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY LOUIS HINES,<br><br>Petitioner,<br><br>vs.<br><br>PAUL COPENHAVER,<br><br>Respondent. | **CASE NO. 1:14-cv-00861-SMS  (HC)**<br><br>**ORDER DISMISSING PETITION**<br><br>**WITH LEAVE TO AMEND**<br><br>(Doc. 1) |

On June 6, 2014, Petitioner Corey Louis Hines filed a petition for writ of habeas corpus using a form for petitions brought under 28 U.S.C. § 2241.  The petition was incomplete in that the filing omitted page 10, on which the petitioner signs and verifies the petition.  Federal law requires a *pro se* petitioner to sign and verify the petition.  28 U.S.C. § 2242 (a).

Accordingly, the Court hereby DISMISSES Petitioner's petition, with leave to amend by submitting a completed petition, including the petitioner's signature and verification.  If Petitioner fails to submit an amended petition within thirty (30) days, the Court shall dismiss the petition, without further notice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **June 6, 2014**              **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE

1